| | |
|---|---|
| | FILED |
| | January 17, 2008 |
| | CLERK, US DISTRICT COURT |
| | EASTERN DISTRICT OF |
| | CALIFORNIA |
| | DEPUTY CLERK |

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                              )    Case No. 2:08MJ00023-GGH
      Plaintiff,                  )
v.                                       )    ORDER FOR RELEASE OF
                                              )    PERSON IN CUSTODY
LATASHA RENEE WEBB,        )
                                              )
      Defendant.        )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __LATASHA RENEE WEBB__, Case No. 2:08MJ00023-GGH, Charge __21USC § 856(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)    <u>Pretrial conditions as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 17, 2008__ at __2:00 pm__.

                                                By  /s/ Gregory G. Hollows
                                                          Gregory G. Hollows
                                                          United States Magistrate Judge

Copy 5 - Court