MCGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MAG 08-022 GGH |
| ) | CASE NO. MAG 08-023 GGH |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | EXTEND TIME FOR PRELIMINARY |
| ) | EXAMINATION AND EXCLUDE TIME |
| ) | |
| MARLON MARCUS WILLIAMS, and ) | |
| LATASHA RENEE WEBB, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    Pursuant to Federal Rule of Criminal Procedure 5.1(d), the defendants hereby consent to an extension of the time for their preliminary examinations.  On the basis of a showing of good cause, the parties ask the Court to reschedule the preliminary hearings in both cases for February 22, 2008.

    The parties also agree that time beginning January 29, 2008, and extending through February 22, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

    The time is required so that the parties may review the

1

discovery in this case and consider the possibility of a prompt pre-indictment resolution. To that end, the United States has made discovery available, and the defendants will need time to evaluate those materials. The United States is continuing to investigate. The United States recently disclosed evidence relevant to the search in this case, which will likely have an effect on the plea negotiations and the possibility of a prompt pre-indictment resolution.

The parties submit that this interest of justice outweighs the interest of the public and the defendants in a speedy filing of an indictment or information, in accordance with Title 18, United States Code, § 3161(b) and (h)(8)(A). The parties further submit that this good cause outweighs the public's interest in the prompt disposition of criminal cases, in accordance with Fed. R. Crim. P. 5(d).

                                                Respectfully Submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATE: January 29, 2008        By:  /s/ Michael M. Beckwith
                                                MICHAEL M. BECKWITH
                                                Assistant U.S. Attorney

DATE: January 29, 2008             /s/ Timothy Warner
                                                TIMOTHY WARNER
                                                Counsel for Marlon Williams

DATE: January 29, 2008             /s/ Rachelle Barbour
                                                RACHELLE BARBOUR
                                                Counsel for Latasha Webb

**SO ORDERED. 01/30/08**

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

williams.ord

2